## EXHIBIT A

**THE PILL CLUB LIQUIDATING TRUST
PAYMENTS MADE TO SAJAD ZALZALA VIA BILL.COM**

| DATE | PAYER | INVOICE NO. | AMOUNT | TOTALS |
|------|-------|-------------|--------|--------|
| 3/6/2023 | FVR Medical Group | 1062 | $10,450.00 | |
| 3/23/2023 | FVR Medical Group | 1063 | $9,560.00 | |
| 4/3/2023 | FVR Medical Group | 1064 | $9,850.00 | |
| | | | | |
| | | | TOTAL: | $29,860.00 |